CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

ROBERT W. HICKS & ASSOCIATES
Robert. W. Hicks (CA Bar No. 168049)
Kenneth R. Wright (CA Bar No. 176325)
501 W Broadway, Suite 800
San Diego, CA 92101
Phone: (619) 236-3403
Fax: (408) 624-9369

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Fisk,<br><br>      Plaintiff,<br><br>  v.<br><br>Paras Enterprises, LLC, a California Limited Liability Company; RAJ & RAJ, LLC, a California Limited Liability Company; Come 'N' Go Holdings, LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case: 5:13-CV-00640-JGB-OP<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs.  This stipulation is made as to the result of the settlement of the action.

The court shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.


Dated: August 20, 2013          CENTER FOR DISABILITY ACCESS


                                        /s/ Mark Potter
                              By: _____
                                        Mark D. Potter
                                        Attorneys for Plaintiff


Dated: August 20, 2013      ROBERT W. HICKS & ASSOCIATES


                                        /s/ Robert W. Hicks
                              By: _____
                                        Robert. W. Hicks
                                        Kenneth R. Wright
                                        Attorneys for Defendants
                                        PARAS ENTERPRISES, LLC
                                        RAJ & RAJ, LLC
                                         COME 'N' GO HOLDINGS, LLC


2

Stipulation for Dismissal          Case: 5:13-CV-00640-JGB-OP

## __ORDER__

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: 8/23/13

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE

Stipulation for Dismissal          Case: 5:13-CV-00640-JGB-OP

# **PROOF OF SERVICE**

## FISK V. PARAS ENTERPRISES, LLC, ET AL.
### Case # CV13-640-JGB-OP

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On August 22, 2013 I served the following document(s):

**JOINT STIPULATION TO DISMISS; PROPOSED ORDER**

Addressed to:

Robert W. Hicks
Kenneth R. Wright
Robert W. Hicks & Associates
501 W Broadway, Suite 800
San Diego, CA 92101

☐  BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.

☐  BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐  BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.

☐  BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑  BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on August 22, 2013, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Bryce Holewinski

PROOF OF SERVICE